An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

OSWALDO LOPEZ,
Appellant,

vs.

JAMES GREG COX; FRANKLIN
DICKENS; TODD DRAKE; HENRY
HENSEL; SAMANTHA MAHON; COLE
MARROW; OSCAR MENENDEZ;
JENNIFF NASH; DWIGHT NEVEN;
AND HAROLD WICKHAM,
Respondents.

No. 65402

**FILED**

JUL 1 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court order denying a motion for appointment of counsel. As no statute or court rule authorizes an appeal from such an order, the challenged order is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Thus, because we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____ J.
Parraguirre

_____Saitta_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-22758

cc: Hon. Kerry Louise Earley, District Judge
Oswaldo P. Lopez
Cole Marrow
Attorney General/Carson City
Franklin Dickens
Harold Wickham
Henry Hensel
Jenniff Nash
Oscar Menendez
Samantha Mahon
Todd Drake
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A